# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

BMG MUSIC, a New York general partnership; )
UMG RECORDINGS, INC., a Delaware )
corporation; ARISTA RECORDS LLC, a )
Delaware limited liability company; and SONY )
BMG MUSIC ENTERTAINMENT, a Delaware )
general partnership, )
                                                        ) Case No.: 5:05 cv 10
          Plaintiffs, )
                                                        )
v. )
                                                        )
PATRICIA FAW, )
                                                        )
         Defendant. )

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1.     Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2.     Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);

- "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);

- "My Way," on album "My Way," by artist "Usher" (SR# 257-730);

- "Sumthin' Sumthin'," on album "Maxwell's Urban Hang Suite," by artist "Maxwell" (SR# 221-404);

- "U Remind Me," on album "8701," by artist "Usher" (SR# 307-207);

- "Rain," on album "Release Some Tension," by artist "SWV" (SR# 249-300);

- "A Woman's Worth," on album "Songs in A Minor," by artist "Alicia Keys" (SR# 299-410);

- "One More Try," on album "Faith," by artist "George Michael" (SR# 92-432);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 12-13-05

By: _____
Hon. Richard L. Voorhees
United States District Judge